UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-62056-WPD

HOWARD COHAN,

    Plaintiff,

vs.

PHAT BOY SUSHI II, LLC,
a Florida Limited Liability Company;
PHAT BOY SUSHI IV, LLC,
a Florida Limited Liability Company;
PHATBOY SUSHI V, LLC
a Florida Limited Liability Company

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendants, PHAT BOY SUSHI II, LLC, a Florida Limited Liability Company; PHAT BOY SUSHI IV, LLC, a Florida Limited Liability Company; and PHAT BOY SUSHI V, LLC, a Florida Limited Liability Company, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 1, 2023.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Sloan Carr** |
|---|---|
| Gregory S. Sconzo, Esq. | Ira Marcus, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 174741 |
| Samantha L. Simpson, Esq. | Sloan A. Carr, Esq. |
| Florida Bar No.: 1010423 | Florida Bar No.: 998354 |
| Sconzo Law Office, P.A. | IRA MARCUS, P.A. |
| 3825 PGA Boulevard, Suite 207 | 1313 South Andrews Avenue |
| Palm Beach Gardens, FL 33410 | Fort Lauderdale, FL 33316 |
| Telephone: (561) 729-0940 | Telephone: (954) 523-9696 |
| Facsimile: (561) 491-9459 | Facsimile: (954) 523-3858 |
| Email: greg@sconzolawoffice.com | Email: ira@iramarcuspa.com |
| Email: samantha@sconzolawoffice.com | Email: sloan@iramarcuspa.com |

| | |
|---|---|
| Email: alexa@sconzolawoffice.com<br>Attorney for Plaintiff | Attorney for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                         **/s/ Gregory S. Sconzo**  
                                                                         **Gregory S. Sconzo, Esq.**