UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-62056-WPD

HOWARD COHAN,

    Plaintiff,

vs.

PHAT BOY SUSHI II, LLC,
a Florida Limited Liability Company;
PHAT BOY SUSHI IV, LLC,
a Florida Limited Liability Company;
PHATBOY SUSHI V, LLC
a Florida Limited Liability Company

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendants, PHAT BOY SUSHI II, LLC, a Florida Limited Liability Company; PHAT BOY SUSHI IV, LLC, a Florida Limited Liability Company; and PHAT BOY SUSHI V, LLC, a Florida Limited Liability Company (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against PHAT BOY SUSHI II, LLC, a Florida Limited Liability Company; PHAT BOY SUSHI IV, LLC, a Florida Limited Liability Company; and PHAT BOY SUSHI V, LLC, a Florida Limited Liability Company; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement which is attached hereto as **Exhibit A**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED February 10, 2023.

| By: **/s/ Gregory S. Sconzo** | **By: /s/ Sloan Carr** |
|---|---|
| Gregory S. Sconzo, Esq. | Ira Marcus, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 174741 |
| Samantha L. Simpson, Esq. | Sloan A. Carr, Esq. |
| Florida Bar No.: 1010423 | Florida Bar No.: 998354 |
| Sconzo Law Office, P.A. | IRA MARCUS, P.A. |
| 3825 PGA Boulevard, Suite 207 | 1313 South Andrews Avenue |
| Palm Beach Gardens, FL 33410 | Fort Lauderdale, FL 33316 |
| Telephone: (561) 729-0940 | Telephone: (954) 523-9696 |
| Facsimile: (561) 491-9459 | Facsimile: (954) 523-3858 |
| Email: greg@sconzolawoffice.com | Email: ira@iramarcuspa.com |
| Email: samantha@sconzolawoffice.com | Email: sloan@iramarcuspa.com |
| Email: alexa@sconzolawoffice.com | Attorney for Defendants |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**